IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02258-WYD-CBS

JUAN ESPARZA, an individual, and
MAGDA ESPARZA, an individual

Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois corporation

Defendant.

---

**STIPULATED PROTECTIVE ORDER**

---

Plaintiffs Juan Esparza and Magda Esparza and Defendant Allstate Insurance Company (hereinafter "Allstate")(incorrectly identified as Allstate Fire and Casualty Insurance Company), by and through their counsel of record, enter into a Stipulated Protective Order as follows:

1. Plaintiffs have requested that Defendant Allstate provide certain documents which it has identified as proprietary and confidential materials prepared by Defendant Allstate for internal use and training and not intended or made available for use by Allstate's competitors or others outside Allstate.

2. Allstate desires to protect the proprietary and confidential nature of these documents, and the parties agree to their designation as "Protected Documents", the production and use of which is subject to the following provisions.

    a. Unless otherwise authorized by Defendant Allstate or ordered by this Court, Protected Documents shall not be used for any purpose other than the preparation and trial of this action, and appeals of all or part of this action, and shall not be disclosed to any person, except as is necessary for that

        purpose. Such purpose includes the use of Protected Documents by experts and consultant pursuant to section 2.c. below.

b. If any transcripts of depositions, answers to interrogatories, motions, briefs or other pleadings to be filed with the Court include all or part of a Protected Document, such pleadings or other papers shall be filed with the Clerk of the Court in sealed envelopes marked **"CONFIDENTIAL NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT."**

c. Counsel are charged with the responsibility of advising their partners, associate attorneys, legal support personnel, and experts or consultants who are participating in the prosecution or defense of this action, and other persons to whom disclosure of any Protected Document may be made pursuant to this Order, of the terms of this Order and their obligations hereunder. Before counsel may disclose any Protected Document to persons not counsel or legal support personnel within the firms executing this Order, such recipients shall execute an Undertaking in the form set forth in the attached Exhibit A.

d. Issues regarding the use of Protected Documents at trial shall be determined by the Court pursuant to the Federal Rules of Evidence.

e. Upon final determination of this action, including all appeals, plaintiffs' counsel shall return to Defendant Allstate within thirty (30) days any copies, extracts or summaries of any Protected Document, or documents containing information taken therefrom, but excluding any materials which, in the

    judgment of counsel, are work product materials.  Protected Documents which contain work product shall be destroyed by plaintiffs' counsel within thirty (30) days of final determination of this action.  Within forty-five (45) days of final determination, counsel for the parties shall provide Defendant Allstate's counsel a document certifying the return or destruction of all Protected Documents and any copies, extracts or summaries of Protected Documents.

AGREED AND STIPULATED this 26th day of January, 2011.


| s/ Jeffrey S. Rose | s/ Caitlin S. Quander |
|---|---|
| David J. Driscoll, #12246 | Richard A. Orona, #35299 |
| Jeffrey S. Rose, #40607 | Caitlin S. Quander, #40418 |
| Garlin Driscoll Howard, LLC | Harris, Karstaedt, Jamison & Powers, P.C. |
| 245 Century Circle, Suite 101 | 10333 East Dry Creek, Suite 300 |
| Louisville, CO 80027 | Englewood, Colorado 80112-5816 |
| Email: ddriscoll@gdhlaw.com, | (720) 875-9140 |
| jrose@gdhlaw.com | Email: rorona@hkjp.com, |
|  | cquander@hkjp.com |
|  |  |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT ALLSTATE |

DATED at Denver, Colorado, this 4th day of February, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge