IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02258-WYD-CBS

JUAN ESPARZA, an individual, and
MAGDA ESPARZA, an individual,

    Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Stipulation for Dismissal With Prejudice (ECF No. 31) entered into between the Plaintiffs Juan and Magda Esparza and the Defendant Allstate Insurance Company, and the Court having reviewed the Stipulation and being sufficiently advised in the premises, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 31) is **APPROVED.** Thus, the Complaint and the claims of the Plaintiffs in the above-captioned matter against the Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own costs, fees, and expenses.

    Dated:  April 13, 2011

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge